IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>Gertrude Dakowa Afari,<br><br>        Debtor.<br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-17,<br>        Creditor,<br>v.<br><br>Gertrude Dakowa Afari, Debtor,<br>K. Edward Safir, Trustee,<br><br>        Respondents. | CASE NO. 25-50167-bem<br><br>CHAPTER: 13<br><br>JUDGE: Barbara Ellis-Monro<br>CONTESTED MATTER |

OBJECTION BY CREDITOR TO CONFIRMATION OF PLAN

**COMES NOW,** THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-17 (herein "Creditor"), by and through its undersigned legal counsel, and files this written Objection to Confirmation of Debtors' Proposed Chapter 13 Plan, pursuant to Bankruptcy Rule 3015(f), and as grounds therefor states:

1. Creditor is a creditor holding a secured claim against the Debtor's property located at 1142 Ashton Park Drive, Lawrenceville, GA 30045 (herein the "Property"). Debtor is obligated on the underlying loan.

2. Creditor anticipates filing a pre-petition total debt claim in the estimated amount of $49,890.22.

3. Debtor's Plan does not treat the total claim amount of $49,890.22.

4. As a result, the Chapter 13 Plan does not comply with 11 U.S.C 1325 and 11 U.S.C 1322 as the Plan fails to adequately provide for the total debt due and how taxes and insurance will be treated and is not accepted by Creditor.

**WHEREFORE**, Creditor respectfully requests that this Honorable Court decline Confirmation of any Plan which does not adequately address Creditor's claim as set forth herein.

**DATED** this 22nd day of January 2025.

Respectfully submitted:

/s/ Alexa Stinson
Alexa Stinson
Georgia Bar # 164731
PADGETT LAW GROUP
6267 Old Water Oak Rd., Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Alexa.Stinson@padgettlawgroup.com
Attorney for Creditor

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>Gertrude Dakowa Afari,<br><br>    Debtor.<br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-17,<br>    Creditor,<br>v.<br><br>Gertrude Dakowa Afari, Debtor,<br>K. Edward Safir, Trustee,<br><br>    Respondents. | CASE NO. 25-50167-bem<br><br>CHAPTER: 13<br><br>JUDGE: Barbara Ellis-Monro<br>CONTESTED MATTER |

## CERTIFICATE OF SERVICE

  I, the undersigned, an attorney with Padgett Law Group, certify that I am, and at all times hereinafter mentioned was more than 18 years of age; and

  That on the 22nd day of January 2025, I caused a copy of the *Objection by Creditor to Confirmation of Plan* to be served by first class U.S. Mail with adequate prepaid postage or electronically via the Bankruptcy Court's Electronic Case Filing Program, to said respondents in this bankruptcy matter as follows:

| **Service by U.S. First Class Mail** | **Service by Electronic Service** |
|---|---|
| *Debtor* | *Trustee* |
| **Gertrude Dakowa Afari** | **K. Edward Safir** |
| 1142 Ashton Park Dr | Standing Chapter 13 Trustee |
| Lawrenceville, GA 30045 | Suite 1600 |
| | 285 Peachtree Center Ave. NE |
| | Atlanta, GA 30303 |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed On: <u>January 22, 2025</u>          /s/ Alexa Stinson
                         Alexa Stinson